**Keon S. HILL, Plaintiff–Appellant,**

**v.**

**CARTER, Officer/Petersburg Police Officer, Defendant–Appellee,**

**and**

**Evans, Nurse; Abashi, Dr. Chief Doctor at Riverside Jail; Cyriax, Ms. Chief Physician Medical Dept; Riverside Regional Jail, Jail Body/ Unknown Name Officers; J.L. Newton, Supt. Captain of the Jail Authority and Policy; Mack, Capt. Captain of Administration; Petersburg Jail Personnel, City Jail; Clark–Evans, Nurse/Shift Nurse; Charles, Ms. Chief Nurse of Medical Dept, Defendants.**

No. 13–6400.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 26, 2013.

Keon S. Hill, Appellant Pro Se. Leslie A. Winneberger, Beale, Davidson, Ethering-

ton & Morris, PC, Richmond, Virginia, for Appellee.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keon S. Hill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Carter*, No. 1:12–cv–00656–TSE–TRJ, 2013 WL 709089 (E.D.Va. Feb. 27, 2013). We deny Hills' motions to appoint counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*